# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAMES E. SHELTON,

V.

POST UNIVERSITY INC,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:18−CV−01801−JCH

TO: **Post University Inc**
Defendant's Address:

**800 Country Club Road
Waterbury, CT  06708**

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jeffrey J. Tinley
Tinley, Renehan & Dost, LLP
60 N. Main St., 2nd Floor
Waterbury, CT 06702**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − J. Pesta
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2018−11−02 10:30:02.0, Clerk
USDC CTD

## RETURN OF SERVICE

| Service of the Summons was made by me | Date: November 6, 2018 |
|---|---|
| Name of Server: Roland E. Mailloux | Title: Connecticut State Marshal |

Then and by virtue hereof, on the 6th day of November, 2018, I made due and legal service on the within named Defendant, **POST UNIVERSITY INC.,** by leaving a verified true and attested copy of the original **Summons In A Civil Case, Class Action Complaint, Electronic filing Order In Civil Cases, Order On Pretrial Deadlines and Standing Protective Order,** with and in the hands of Michelle Taylor, Special Assistant for Corporation Service Company, Agent For Service for said Defendant, at 50 Weston Street, in the City of Hartford.

### STATEMENT OF SERVICE FEES

| Travel $ 3.60 | Services $ 70.00 | Total $ 73.60 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 7, 2018

Roland E. Mailloux – State Marshal
39 Russ Street
Hartford, CT 06106