# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**Shelton**
*Plaintiff*

v.   Case No. **3:18-cv-01801-JCH**

**Post University, Inc.**
*Defendant*

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiff James Shelton**.

Date: **Nov 20, 2018**

**/s/ Anthony I. Paronich**
*Attorney's signature*

**Anthony Paronich (MA Bar No. 678437)**
*Printed name and bar number*

**Broderick & Paronich, P.C.**
**99 High St, Suite 304**
**Boston, Massachusetts 02110**
*Address*

**anthony@broderick-law.com**
*E-mail address*

**(508) 221-1510**
*Telephone number*

**(617) 830-0327**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Nov 20, 2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Anthony I. Paronich**

*Attorney's signature*