IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 3-18-cv-01801-JCH |
| | ) |
| POST UNIVERSITY, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b) of the United States District Court for Connecticut. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Defendant Post University, Inc. shall have until December 18, 2018 to file a response to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at _____,
Connecticut, this _____ day of _____.

 

_____
United States District Judge

Copies furnished to: All Counsel of Record