# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| **James E. Shelton, et al.** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  **3:18-cv-01801-JCH** |
| **Post University, Inc.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Defendant Post University, Inc.**

Date:  **11/26/2018**

**/s/ Michael S. Cryan**
*Attorney's signature*

**Michael S. Cryan**
*Printed name and bar number*

**ARENT FOX LLP**
**1301 Avenue of the Americas, Floor 42**
**New York, NY 10019**
*Address*

**michael.cryan@arentfox.com**
*E-mail address*

**(212) 484-3900**
*Telephone number*

**(212) 484-3990**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **11/26/2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ Michael S. Cryan**

*Attorney's signature*