IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>POST UNIVERSITY, INC.,<br><br>Defendant. | Civil Action No. 3:18-cv-01801-JCH<br><br><br><br>December 19, 2018 |

### MOTION FOR ADMISSION OF EDWARD A. BRODERICK, ESQ. PRO HAC VICE

I, Jeffrey J. Tinley, a member of the Bar of this Court, hereby move pursuant to Rule 83.1(d) of the Local Civil Rules of this Court for the admission of Edward A. Broderick, Esq., as a visiting lawyer for the purpose of representing, as co-counsel with the undersigned, the named plaintiff, James E. Shelton.

The attached duly sworn and executed affidavit of Edward A. Broderick, Esq., is submitted in support of this motion (attached hereto as Attachment A) along with the applicable Certificate of Good Standing (attached hereto as Attachment B).

**WHEREFORE,** the undersigned respectfully requests that this motion be granted.

PLAINTIFF,
JAMES E. SHELTON

By: /s/ Jeffrey J. Tinley
Jeffrey J. Tinley, Esq.
Federal Bar No. ct00765
Tinley, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT 06702
Telephone: (203) 596-9030
Facsimile: (203) 596-9036
E-Mail: jtinley@tnrdlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 19, 2018, a copy of the foregoing Motion for Admission of Edward A. Broderick, Esq. *Pro Hac Vice* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Edward A. Broderick, Esq.
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: (508) 221-1510
Facsimile: (617) 830-0327
E-Mail: anthony@broderick-law.com
*Of Counsel for Plaintiff James E. Shelton*

_____
Jeffrey J. Tinley