# Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-01801-JCH |
| Plaintiff, | December 19, 2018 |
| v. | |
| POST UNIVERSITY, INC., | |
| Defendant. | |

### AFFIDAVIT OF JON B. FOUGNER, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Jon B. Fougner, being duly sworn, deposes and says:

1. My office address is 600 California St., 11th Fl., San Francisco, CA 94108. My phone number is (415) 577-5829. My fax number is (206) 338-0783. My email address is jon@fougnerlaw.com.

2. I submit this affidavit in support of my application for admission *pro hac vice* for the above-captioned lawsuit.

3. I am a member in good standing of the bars of the following states: California (number 314097) and New York (number 5311725). I am admitted to practice before the following United States District Courts, which, to the best of my knowledge, have not assigned me bar identification numbers: Central District of California, Northern District of California and Southern District of California.

4. I have never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure,

the applicable Local Civil Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

6. I designate my sponsoring attorney, Jeffrey J. Tinley of Tinley, Renehan & Dost, LLP, as my agent for service of process and the District of Connecticut as the forum for resolution of any dispute arising out of my admission under Local Civil Rule 83.1(d).

7. Attached to this affidavit is a certificate of good standing from the court of the state in which I have my primary office, California.

FURTHER AFFIANT SAYETH NOT.

Dated: 12/19/18

Jon B. Fougner, Esq.
600 California St., 11th Fl.
San Francisco, CA 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783
Email: jon@fougnerlaw.com

### Verification

Subscribed and sworn to before me this 19 day of Dec, 2018

J. CANO
COMM. # 2161968
NOTARY PUBLIC - CALIFORNIA
MARIN COUNTY
COMM. EXPIRES SEPT. 1, 2020

Notary Public
My Commission expires: Sep 1, 2020

Attachment B

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

December 3, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JON B. FOUGNER, #314097 was admitted to the practice of law in this state by the Supreme Court of California on January 27, 2017; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records