IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>POST UNIVERSITY, INC.,<br><br>Defendant. | Case No. 3:18-cv-01801-JCH |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order Regarding Case Management Plan (Dkt. No. 20 at 2-3), all parties, through their undersigned counsel, hereby respectfully submit this joint status report of counsel regarding matters relevant to the case at the current time.

**DISCOVERY CONDUCTED TO DATE**

Plaintiff has served interrogatories and requests for production on Defendant. Defendant has responded and objected to those requests and produced certain relevant documents. In order to promote judicial economy and minimize the need for judicial intervention, the parties have informally agreed to extend the time for Plaintiff to move to compel more fulsome responses and production so that the parties may reduce the scope of their disagreement.

Defendant has served interrogatories, requests for production and a request for inspection on Plaintiff. Plaintiff is preparing responses and gathering documents responsive thereto. His deadline to respond under Federal Rules of Civil Procedure 33 and 34 is April 10, 2019.

Defendant has served a subpoena on non-party Case Western Reserve University. Its deadline to respond is April 18, 2019.

Plaintiff soon intends to serve a notice of deposition on Defendant or its executive, as well as subpoenas on non-parties identified by Defendant as relevant to its affirmative defense of prior express written consent.

## **CURRENT DEADLINES**

Below is a summary of the current deadlines:

| Deadline | Date | Days Remaining | Authority |
| --- | --- | --- | --- |
| Motion for Class Certification | 6/15/2019 | 81 | Dkt. No. 20 at 2 |
| Experts | 6/20/2019 | 86 | Dkt. No. 20 at 2 |
| Damages Analysis | 6/20/2019 | 86 | Dkt. No. 20 at 2 |
| Joint Status Report | 6/24/2019 | 90 | Dkt. No. 20 at 3 |
| Expert Depositions | 7/19/2019 | 115 | Dkt. No. 20 at 2 |
| Close of Discovery | 9/19/2019 | 177 | Dkt. No. 20 at 1 |
| Joint Status Report | 9/22/2019 | 180 | Dkt. No. 20 at 3 |
| Daubert Motions | 10/25/2019 | 213 | Dkt. No. 20 at 2 |
| MSJs | 10/25/2019 | 213 | Dkt. No. 20 at 2 |
| Joint Trial Memo | 10/25/2019 | 213 | Dkt. No. 20 at 2 |
| Joint Status Report | 12/21/2019 | 270 | Dkt. No. 20 at 3 |

## **AMENDMENTS TO PLEADINGS**

The parties do not anticipate filing amended pleadings.

## **DISPOSITIVE MOTIONS**

Both parties anticipate filing motions for summary judgment.

Plaintiff anticipates filing a motion for class certification, which Defendant anticipates opposing.

Date: March 26, 2019                     Respectfully submitted,

/s/ Jon B. Fougner
Jon B. Fougner
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783
Jon@FougnerLaw.com

*Attorney for Plaintiff*

/s/ Michael S. Cryan
Michael S. Cryan (Federal Bar No. ct17306)
**ARENT FOX LLP**
1301 Avenue of the Americas, Floor 42
New York, NY 10019
(212) 484-3900 (telephone)
(212) 484-3990 (facsimile)
michael.cryan@arentfox.com

*Attorney for Post University, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

                                                                        */s/ Michael S. Cryan*
                                                                        Michael S. Cryan